1   Muriel B. Kaplan, Esq. (SBN 124607)
    Michele R. Stafford, Esq. (SBN 172509)
2   SALTZMAN & JOHNSON LAW CORPORATION
    44 Montgomery Street, Suite 2110
3   San Francisco, CA 94104
    (415) 882-7900
4   (415) 882-9287 – Facsimile
    mkaplan@sjlawcorp.com
5   mstafford@sjlawcorp.com

6   Attorneys for Plaintiffs

7

                    UNITED STATES DISTRICT COURT
8
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  F.G. CROSTHWAITE and RUSSELL E.          Case No.:  C11-4599 CRB
    BURNS, et al.,
11                                           **STIPULATION FOR CONDITIONAL**
                Plaintiffs,                  **DISMISSAL;**
12
           v.                                **[PROPOSED] ORDER THEREON**
13
    R. E. SERRANO, INC., a California
14  corporation,

15              Defendant.

16
            PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs F.G.
17
    CROSTHWAITE, et al., and Defendant R. E. SERRANO, INC., stipulate to the voluntarily
18
    dismissal, without prejudice, of this action.  For good cause shown below, the parties herein
19
    respectfully request that the Court conditionally dismiss this matter pending full compliance with a
20
    Settlement Agreement reached between the parties, as follows:
21
            1.      Plaintiffs have not previously filed or dismissed any similar action against
22
    Defendant and Defendant has not moved for summary judgment.
23
            2.      This action was filed on September 16, 2011, to compel Defendant's compliance
24
    with payment of Trust Fund contributions and related amounts, in accordance with their Collective
25
    Bargaining Agreement.
26
            3.      Since then, the parties have reached a settlement for specified payments to be made
27
    by Defendant for receipt by Plaintiffs on or before Friday, December 9, 2011 and Friday
28

                                                                                      -1-
                    **STIPULATION AND REQUEST FOR ENTRY OF VOLUNTARY DISMISSAL**
                                                            **Case No.: C11-4599 CRB**

P:\CLIENTS\OE3CL\R.E. Serrano Inc\Pleadings\C11-4599-CRB - Stipulation for Conditional Dismissal - 120611.DOC

1  December 23, 2011, and for timely payments by Defendant to be received by Plaintiffs monthly

2  thereafter, through May 31, 2012.

3         4.      In the event that Defendant fails to comply with the terms of the Settlement,

4  Plaintiffs may move the court to reopen the matter for immediate entry of judgment, for the

5  amounts in default of settlement, as well as any further amounts then due, subject to proof.

6

7         Respectfully submitted,

8    Dated:  January 31, 2012           **SALTZMAN & JOHNSON LAW CORPORATION**

9

10                                By:   _____/S/_____
                                        Muriel B. Kaplan
11                                      Attorneys for Plaintiffs

12   Dated:  January 30, 2012           **SIMPSON, GARRITY, INNES & JACUZZI**

13

14                                By:   _____/S/_____
                                        Paul V. Simpson
15                                      Attorneys for Defendant

16  IT IS SO ORDERED.

17        This case shall be conditionally dismissed subject to compliance with the terms of a
    Settlement Agreement between the parties, and the court shall retain jurisdiction of the action
18  through June 30, 2012.

19  Date: _January 31 2012_____        _____
                                        THE HONORABLE CHARLES R. BREYER
20

21

22

23

24

25

26

27

28

                                                                                          -2-
                   **STIPULATION AND REQUEST FOR ENTRY OF VOLUNTARY DISMISSAL**
                                                                        **Case No.: C11-4599 CRB**