Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE and RUSSELL E. BURNS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>R. E. SERRANO, INC., a California corporation,<br><br>Defendant. | Case No.: C11-4599 CRB<br><br>**STIPULATION FOR CONDITIONAL DISMISSAL;**<br><br>**[PROPOSED] ORDER THEREON** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs F.G. CROSTHWAITE, et al., and Defendant R. E. SERRANO, INC., stipulate to the voluntarily dismissal, without prejudice, of this action. For good cause shown below, the parties herein respectfully request that the Court conditionally dismiss this matter pending full compliance with a Settlement Agreement reached between the parties, as follows:

1. Plaintiffs have not previously filed or dismissed any similar action against Defendant and Defendant has not moved for summary judgment.

2. This action was filed on September 16, 2011, to compel Defendant's compliance with payment of Trust Fund contributions and related amounts, in accordance with their Collective Bargaining Agreement.

3. Since then, the parties have reached a settlement for specified payments to be made by Defendant for receipt by Plaintiffs on or before Friday, December 9, 2011 and Friday

-1-
STIPULATION AND REQUEST FOR ENTRY OF VOLUNTARY DISMISSAL
Case No.: C11-4599 CRB

P:\CLIENTS\OE3CL\R.E. Serrano Inc\Pleadings\C11-4599-CRB - Stipulation for Conditional Dismissal - 120611.DOC

December 23, 2011, and for timely payments by Defendant to be received by Plaintiffs monthly thereafter, through May 31, 2012.

4. In the event that Defendant fails to comply with the terms of the Settlement, Plaintiffs may move the court to reopen the matter for immediate entry of judgment, for the amounts in default of settlement, as well as any further amounts then due, subject to proof.

Respectfully submitted,

Dated: January 31, 2012  **SALTZMAN & JOHNSON LAW CORPORATION**

By: /S/
Muriel B. Kaplan
Attorneys for Plaintiffs

Dated: January 30, 2012  **SIMPSON, GARRITY, INNES & JACUZZI**

By: /S/
Paul V. Simpson
Attorneys for Defendant

IT IS SO ORDERED.

This case shall be conditionally dismissed subject to compliance with the terms of a Settlement Agreement between the parties, and the court shall retain jurisdiction of the action through June 30, 2012.

Date: January 31 2012

_____
THE HONORABLE CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA